IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * | |
| v. | * * | CRIM. NO. 19-517 (SDW) |
| JASON ARTEAGA-LOAYZA | * * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with the Fourth Extension of Standing Order 2020-06, this Court finds:

☑ That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding held today, after consultation with counsel; and

☑ That the proceeding to be held today cannot be further delayed without serious harm to the interests of justice for the following specific reasons: (1) to permit the Defendant to obtain a speedy resolution of his case; (2) to permit the Government to obtain a resolution of the case so that the Government may appropriately allocate its resources in the face of the COVD-19 emergency; and (3) to assist in ensuring that the Court is not overwhelmed by cases and proceedings at the conclusion of this period of the COVID-19 emergency.

Accordingly, the proceeding held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐ Other:

Date: April 20, 2021

_____
Honorable Susan D. Wigenton
United States District Judge